Laurie Hoefer, OSB 054234
laurie.hoefer@lasoregon.org
Legal Aid Services of Oregon
397 North First Street
Woodburn, OR 97071
Telephone: (503) 981-5291
Fax: (503) 981-5292

Of Attorneys for Plaintiffs

Julie R. Samples, OSB 014025
jsamples@oregonlawcenter.org
Oregon Law Center
138 NE 3rd Street, Suite 230
Gresham, OR 97030
Telephone: 503 726-4381
Fax: 503 726-4382

Of Attorneys for Plaintiff Roberto Morlans

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| Roberto Morlans,<br>Francisco Acuña,<br>Martí Ars,<br>Simón de Llamas,<br>Luciano López,<br>Pau Sáez,<br>Paola Torreño, and<br>Álvaro Vidorreta,<br><br>Plaintiffs,<br><br>vs.<br><br>Southwest Oregon Farms, LLC,<br>Takilma Road Operator LLC,<br>Takilma Road Processor, LLC,<br>PNW Operator LLC,<br>Las Lomas Butte Game Farm, LLC,<br>NW Operator, LLC,<br>Takilma Road Propco, LLC,<br>Matthew Portnoff,<br>Lucas Aranha, and<br>Augusto Aranha dba CJ Operator, Defendants<br><br>Defendants. | Case No. 1:23-cv-01612-CL<br><br>**NOTICE OF DISMISSAL** |

Page 1  **NOTICE OF DISMISSAL**

Pursuant to FRCP 41, Plaintiffs file this Notice of Dismissal of this action with prejudice and without award of costs or fees to either party. No Defendant has served an Answer or Motion for Summary Judgment in this case.

Dated: February 5, 2024

s/Laurie Hoefer
Laurie Hoefer, OSB 054234
laurie.hoefer@lasoregon.org
Legal Aid Services of Oregon
397 North First Street
Woodburn, OR 97071
Telephone: (503) 981-5291
Fax: (503) 981-5292

Of Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2024, I served a full, true, and correct copy of the foregoing NOTICE OF DISMISSAL by mail to:

Takilma Road Processor, LLC
c/o Matthew Portnoff, Manager
9969 Westwanda Dr.
Beverly Hills, CA 90210

Takilma Road Propco, LLC
c/o Matthew Portnoff, Registered Agent
3862 Takilma Road
Cave Junction, OR 97523

Takilma Road Operator, LLC
c/o Matthew Portnoff, Registered Agent
3862 Takilma Road
Cave Junction, OR 97523

NW Operator, LLC
c/o Lucas Aranha, Registered Agent
3864 Takilma Road
Cave Junction, OR 97523

PNW Operator, LLC
c/o Lucas Aranha, Registered Agent
3862 Takilma Road
Cave Junction, OR 97523

Las Lomas Butte Game Farm, LLC
c/o Lucas Aranha, Registered Agent
3864 Takilma Road
Cave Junction, OR 97523

Augusto Aranha, dba CJ Operator
c/o August Arnaha, Authorized Representative
3862 Takilma Road
Cave Junction, OR 97523

Southwest Oregon Farms, LLC
c/o Ronald Portnoff, Registered Agent
3864 Takilma Road
Cave Junction, OR 97523

Lucas Aranha
3864 Takilma Road
Cave Junction, OR 97523

Matthew Portnoff
Venable LLP
2044 Century Park E.
Ste 300
Los Angeles, CA 90067-3125

    Dated: February 5, 2024

    s/Laurie Hoefer
    Laurie Hoefer, OSB 054234
    laurie.hoefer@lasoregon.org
    Legal Aid Services of Oregon
    397 North First Street
    Woodburn, OR 97071
    Telephone: (503) 981-5291
    Fax: (503) 981-5292

    Of Attorneys for Plaintiffs