IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

ROBERTO MORLANS, FRANCISCO ACUÑA,
MARTÍ ARS, SIMÓN DE LLAMAS,
LUCIANO LÓPEZ, PAU SÁEZ,
PAOLA TORREÑO, and ÁLVARO VIDORRETA,

    Plaintiffs,

v.

SOUTHWEST OREGON FARMS, LLC,
TAKILMA ROAD OPERATOR LLC,
TAKILMA ROAD PROCESSOR, LLC,
PNW OPERATOR, LLC,
LAS LOMAS BUTTE GAME FARM, LLC,
NW OPERATOR, LLC,
TAKILA ROAD PROPCO, LLC,
MATTHEW PORTNOFF, LUCAS ARANHA,
and AUGUSTO ARANHA dba CJ OPERATOR,

    Defendants.

Case No. 1:23-cv-01612-CL

**ORDER**

**CLARKE**, United States Magistrate Judge

    Judgment is entered in accordance with the Voluntary Notice of Dismissal (#25), dismissing the action with prejudice and without award of costs or fees to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk of the Court is directed to close this case.

    It is so ORDERED and DATED this 7 day of February, 2024.

    MARK D. CLARKE
    United States Magistrate Judge